# NATIONAL LEGAL PROFESSIONAL ASSOCIATES

London, England
Naples, Florida
Mobile, Alabama
Houston, Texas

Margaret A. Robinson Advocacy Center
11331 Grooms Road, Suite 1000
Cincinnati, Ohio 45242
Phone: 513-247-0082 • Fax: 513-247-9580
Website: www.NLPA.com • E-mail: contactus@nlpa.com

*By Lawyers
For Lawyers &
Their Clients*

June 6, 2010

Clerk of Courts
United States District Court
for the Central District of Illinois
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

RECEIVED
JUN 21 2010
U.S. CLERK'S OFFICE
URBANA, IL

RE:   Thomas L. Cannon
      Case No.: 2:03-cr-20085-1

To Whom it May Concern:

I am writing to request information on the documents for the case of Thomas L. Cannon. Our firm would like to obtain from you the **cost** necessary to order the following documents:

- Indictment
- Motion Hearing Transcripts (11/18/03; 12/8/03)
- Trial Transcripts (12/9/03; 12/10/03)
- Transcripts of Rule to Show Cause Hearing (4/1/04; 11/29/04; 12/7/04)
- Sentencing Hearing Transcripts (2/25/05; 3/6/06)

Once we receive the cost from your office, we will then contact Mr. Cannon and his family to determine how they wish to proceed and if they wish to, in fact, order them. If possible we would appreciate if you could break down the individual cost of each of the items we are requesting in order that our client may select any specific items that they wish to have ordered if they cannot order them all.

We look forward to hearing from you soon regarding this matter and thank you in advance for your assistance.

Sincerely yours,

*Susan Troutt*

Susan Troutt
NLPA Case Manager

cc:   Thomas L. Cannon
      Mamie Cannon