03-20085

Honorable Judge Michael P. McCuskey

RECEIVED
JUL 25 2011
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

This is a letter informing the courts that I intend on filing a place holder motion pending further clarification on the issue of retroactiveness of the Fair Sentencing Act of 2010, before the one year mark is past which would bar me from filing based on Dodd vs United States. At this time our Institution is on Lock down (since 7-14-11) and still going. So I am asking the courts for 30 days extention to file at this time, because we do not have access to the law library or type writers at this time. I thank you for your time and consideration.

    Sincerely
    Thomas Lennon

FILED
JUL 25 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS