Honorable Senior Judge Harold A. Baker

I am asking the court to appoint the Federal Public Defenders office, or assign me a Federal Public Defender to assit me in filing a motion to the court for a sentence reduction based on Section 404 of the first Step Act (retroactive application of the fair sentencing act of 2010). Also I am asking that you Honorable Senior Judge Baker would preside over this motion based on your familiarity with my case. My name is Thomas L. Cannon case number 2:03-cr-20085-MBM-DGB. Thank you for your time and consideration.

FILED
JAN - 7 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS